IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

vs.                                                                          CASE NO.: 3:08cr69/LAC

**MICHAEL J. HOLMES**

_____

WAIVER OF PRELIMINARY HEARING

Defendant, on the record and after consulting with counsel, waived a preliminary hearing.

Dated:  November 25, 2008          /s/ *Miles Davis*
                                                              MILES DAVIS
                                                              UNITED STATES MAGISTRATE JUDGE