Case 3:08-cr-00069-LC   Document 31   Filed 01/10/11   Page 1 of 1

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 3:08cr69-001/LAC |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 11CR00002-001 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: MICHAEL J. HOLMES  Mobile, Alabama | DISTRICT  Florida Northern | DIVISION  Pensacola |
|---|---|---|
| | NAME OF SENTENCING JUDGE  The Honorable Lacey A. Collier | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 12/21/2009 — TO 12/20/2012 |

**OFFENSE**

Counts 1 and 2: Theft of Government Property (In Excess of $1,000.00), 18 U.S.C. § 641

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA

  IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Southern District of Alabama upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

9 Dec 10
Date

The Honorable Lacey A. Collier
Senior United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA

  IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

1/16/11
Effective Date

Senior The Honorable Charles Butler
United States District Judge

11 JAN 25 PM 1: 57



RECEIVED